FILED
2026 Sep-11 PM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

United States of America
v.

Anthony Elijah Slota

*Defendant(s)*

Case No. 5:26-mj-1180-HNJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 10, 2026, in the county of Madison in the Northern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of Unregistered National Firearms Act Weapon |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

RYAN BRANDON Digitally signed by RYAN BRANDON Date: 2026.09.11 22:03:32 -05'00'

*Complainant's signature*

Ryan Brandon, ATF Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/11/2026

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.09.11 22:15:56 -05'00'

*Judge's signature*

City and state: Huntsville, AL

Herman N. Johnson, Jr., U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST ANTHONY SLOTA AND TADASHI EREKSON | Case No. 5:26-mj-1180-HNJ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Brandon, being duly sworn, depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since 2024. I am currently assigned to the ATF Huntsville Satellite office whose primary responsibilities include investigating criminal groups and organizations who commit violations of federal firearms and narcotics laws. Prior to my assignment to the Huntsville Satellite Office, I was assigned to the Federal Bureau of Investigation (FBI) Terrorist Explosive Device Analytical Center (TEDAC) as an ATF Intelligence Research Specialist where my responsibilities included investigating terrorist bombing events against coalition forces. During my tenure as an ATF agent, I have participated in and personally conducted numerous investigations, involving individuals and organizations that have violated federal firearms and narcotics laws which led to search warrants, the arrest and subsequent prosecution of those groups and individuals.

2. This affidavit is based on my own investigation, as well as information that I have learned through communication with other participating federal, state and local law enforcement. These law enforcement agencies include, but are not limited to, the Huntsville Police Department (HPD), Homeland Security Investigations (HSI), Federal Bureau of Investigation (FBI). Additionally, information has been obtained through the use of open-source information. The information contained in this affidavit is limited in scope to the two individuals and not all individuals, known and unknown, to law enforcement during this investigation. As a case agent, I am familiar with this investigation.

## STATUTORY AUTHORITY

3. It is a federal crime to "to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record." 26 U.S.C. § 5861(d).

## PROBABLE CAUSE

4. In August 2026, The Nashville Field Division CGIC released an officer safety bulletin for an individual identified as Levi "Cici" BELCHER. This bulletin referenced that BELCHER was known to be armed and per family members had previously had law enforcement contact as a juvenile due to numerous open-source internet searches related to "improvised devices" and the Anarchist Cookbook.

5. On September 10, 2026, ATF agents and Intelligence Research Specialists were able to locate a potential current location for BELCHER's vehicle and set up surveillance on the vehicle located in Decatur, Alabama. During the course of that surveillance, a vehicle was observed dropping off two individuals. These two individuals, later identified as Levi BELCHER and Anthony SLOTA, were observed by agents to be wearing body armor, handguns, and rifle magazines stored in a tactical configuration, and had rifles slung on their bodies and handguns stored in holsters. They were also in possession of multiple military style backpacks. A third party was also observed at [redacted] in Decatur.

6. BELCHER and SLOTA were observed entering BELCHER's vehicle and began traveling eastbound towards the city of Huntsville. ATF Agents coordinated with the Huntsville Police Department to conduct a traffic stop on the vehicle upon its entry into the city limits.

7. Upon the vehicle being stopped, officers were able to make contact with both BELCHER and SLOTA who were armed with rifles and two 3D printed pistols. During the subsequent probable cause search, officers and agents located dozens of rifle and pistol magazines with various writings on them to include "I hate the police", "Are we free yet", and other anti-government sentiments. Hundreds of rounds of ammunition of various calibers were also located in the vehicle.

8. Due to the totality of the circumstances and the items that were in the vehicle, local officers filed and received a search warrant for the residence that BELCHER and SLOTA were known to stay at, located at [redacted] in Huntsville, Alabama. A short time later, Huntsville Police Department Anti-Crime Unit applied for and were granted authority to search the residence where it was believed BELCHER and SLOTA were currently residing.

9. The residence belonged to an individual later identified as Tadashi EREKSON. Investigators had learned that EREKSON had been allowing BELCHER and SLOTA to live there for the past several months and that EREKSON also shared extreme contempt towards law enforcement. During the execution of the search warrant, EREKSON was taken into custody after attempting to reach for a concealed pistol on his ankle while being detained.

10. The residence was littered with anti-government writings handwritten on the walls and loose leaflets. Investigators observed dozens of 3D printed pistol frames, and 3D printed grenade housings. They also located a short barrel shotgun (Make: Remington Arms, Model: Sportsman 12 Pump, Caliber: 12-gauge, Serial #W063448M). ATF Agents measured the barrel length and determined it to be between 16.5 inches and 16.75 inches). Investigators also located a short barrel rifle in EREKSON's bedroom. Based on my training and experience and the experience of other ATF agents,

I know that both the short barrel shotgun and short barrel rifle are required to be registered in the National Firearms Registration and Transfer Record (NFRTR).

11. A search of the NFRTR revealed no record for the short barrel shotgun bearing serial number W063448M possessed by SLOTA. The short barrel rifle had no serial number inscribed on the lower receiver possessed by EREKSON. A subsequent search for EREKSON in the NFRTR did not reveal any registered items.

12. During a post-*Miranda* interview, Anthony SLOTA admitted to possessing the short barrel shotgun and admitted to altering it by sawing off a portion of the barrel recently.

13. During a post-*Miranda* interview, Tadashi EREKSON stated that the short barrel rifle located in the master bedroom belonged to him.

## CONCLUSION

14. Based on all the facts set forth above, I believe that sufficient probable cause exists that Anthony SLOTA and Tadashi EREKSON have violated Title 26, United States Code, Section 5861(d).

Respectfully submitted,

RYAN BRANDON Digitally signed by RYAN BRANDON
Date: 2026.09.11 22:04:06 -05'00'

Ryan Brandon
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed electronically and sworn to telephonically before me, this 11th day of September, 2026.

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.09.11 22:16:43 -05'00'

Herman N. Johnson, Jr.
United States Magistrate Judge